UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

JOANNE TRAVIS AND SYLVIA SMITH

VERSUS

JACOB LAICHE, ET AL

CIVIL ACTION

NO. 07-695-JVP-SCR

# RULING ON MOTION FOR SUMMARY JUDGMENT

This matter is before the court on a motion by defendants, Jacob Laiche, Darren Ramirez and John Little, for summary judgment (doc. 32). Plaintiffs, Joanne Travis and Sylvia Smith have filed an untimely opposition to the motion (doc. 33). Jurisdiction is based upon 28 U.S.C. § 1332. There is no need for oral argument.

Motions for summary judgment require compliance with Uniform Local Rule 56.1:

> Every motion for summary judgment shall be accompanied by a separate, short and concise statement of the material facts as to which the moving party contends there is no genuine issue to be tried.

LR.56.1.

Defendant's Statement of Uncontested Material Facts (doc. 32-3) consists of two conclusions of law and two comments on evidence. As such it fails to conform to the requirements of Uniform Local Rule 56.1.

Accordingly, the motion by defendants, Jacob Laiche, Darren Ramirez and John Little, for summary judgment (doc. 32) is hereby **DENIED** for failure to comply with the court's Local Rules. Should defendants desire that the court entertain a motion for summary judgment, it is suggested that defendants start fresh, setting forth a motion that complies with Fed.R.Civ.P. 56 and Local Rule 56.1, and submitting or resubmitting any desired exhibits.

Baton Rouge, Louisiana, March 11th, 2009

*JAMES J. BRADY*
*U.S.D.J. for*

_____
JOHN V. PARKER
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA